JANE B. STRANCH,
concurring.
I concur in the judgment but write separately to note that in my view, the government waives a statutory minimum by filing a substantial assistance motion. See also United States v. Taylor, 749 F.3d 541, 549 (6th Cir.2014) (Donald, J., dissenting); United States v. Doe, 731 F.3d 518, 528 (6th Cir.2013) (Cole, J., concurring in part and concurring in the judgment). If not for our case law to the contrary, see Taylor, 749 F.3d at 545, I would hold that Mayes was sentenced pursuant to a guidelines sentence that the sentencing court calculated to be 120 months and that this “range” has been lowered. I join the majority opinion because I am bound to apply our current case law until the Supreme Court, Congress, or the Sentencing Commission corrects it.